# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION, AT MONTGOMERY, ALABAMA

GENE COGGINS  Pro st.
1436 COUNTY ROAD #299
LANETT, AL  36863
(334)  576 - 3263
    Plaintiff

V:

CIVIL ACTION NO. 3:07-CV-525-WKW

MRS GLORIA SINCLAIR
PROBATE JUDGE OF
TALLAPOOSA COUNTY
125 N. BROADNAX ST. RM. 126
DADEVILLE, AL 36853
    Defendant

## COMPLAINT AND MOTION FOR CRIMINAL CHARGES

COMES NOW, THE PLAINTIFF GENE COGGINS, WITH THIS FORMER COMPLAINT AND MOTION FOR CRIMINAL CHARGES TO BE FILED AGAINST THE ABOVE DEFENDANT. FILED IN THE PROPER COURT WITH THE CORRECT JURISDICTION AS A VIOLATION OF A GUARANTEED CONSTITUTION RIGHT. THE PLAINTIFF ELECTS TO USE THE **APPENDIX SYSTEM**, AS SO GIVEN IN FEDERAL RULE 34 (a) & R. APP. P. 30.. THE PLAINTIFF DOES NOT DESIRE ORAL ARGUMENT ON THE FOLLOWING GROUNDS;

01.

1. ALL ISSUES ARE ESTABLISHED LAWS,

2. I HAVE A MEDICAL PROBLEM WITH MY BLOOD PRESSURE, HAVING TO TAKE FROM ONE TO FOUR PILLS A DAY..

**COST OR REQUIRED SECURITY;**

THE COST FOR THIS ACTION IS COVERED IN PURSUIT TO FEDERAL RULE APP. P. 39. ANY PARTY HAS THE GUARANTEED RIGHT TO APPEAR IN ANY COURT WITHOUT PREPAYMENT OF FEES, COST, OR GIVING ANY SECURITY THERE-OF, ANY ADDITIONAL COST TAXED AGAINST THE PLAINTIFF IS COVERED UNDER THIS MOTION WITH AFFIDAVIT OR DECLARATION IN SUPPORT THERE OF, TO PROCEED IN **FORMA PAUPERIS,** AS GIVEN IN RULE 28 - 38, U.S.C... THESE RULES WERE SET UP TO HELP POOR PEOPLE TO HAVE A DAY IN COURT, AND NOT FOR AN EXCUSES TO DISMISS A COMPLAINT THAT IS PROPERLY FILED AND THE PLAINTIFF SEEKING A FAIR FORM OF JUSTICE IN THE PROBLEM THAT HAS BEEN PRESENTED. May V: Williams 17 Al. 23 (1849)

**CAUSE OF ACTION:**

1. MY GUARANTEED CONSTITUTION RIGHT WERE VIOLATED, WHEN THE PROBATE OFFICE SET ON FINAL SETTLEMENT OF A WILL (CASE NO.06-00687 AS FILED IN TALLAPOOSA COUNTY), FOR OVER TWO YEARS WITH NO RESULTS, THEN I FILED A PETITION TO APPEAL TO CIRCUIT COURT, THIS WAS DENIED, WITH REASON AS NON-PAYMENT. HERE AGAIN DENYING MY DUE PROCESS OF LAW,

2. WHERE THE ALLOWANCE OF AN APPEAL FROM A LOWER COURT IS A

GUARANTEED CONSTITUTION RIGHT, WHERE A LOWER COURT REFUSES TO MODIFY AN INJUNCTION, OR DISSOLVE ALL ISSUES IN DETERMINING THE RIGHT AND LIABILITIES OF THE PARTIES INVOLVED IS IMMEDIATELY APPEALABLE, AND NO ILLEGAL COST OR RESTRAINTS CAN BE ADDED ON.   Budinich V: Becton Dickinson & Co., 486, U.S. 196, 201, 108, S. Ct. 1717-22, 100 L Ed. 2d,178,(1988), LaChance V: Duffy's Draft House, inc. 146, F. 3d, 832, 837, (11th. Cir. 1998), Fed. R. Civil P. 56.

3.   UNDER FEDERAL RULE APP. 39, ANY PARTY HAS THE RIGHT TO APPEAL TO ANY COURT WITHOUT PREPAYMENT OF FEES, COST, OR GIVING SECURITY THERE FOR..  AGAIN THIS GUARANTEED DUE PROCESS OF LAW AS GIVEN IN THE UNITED STATES CONSTITUTION WAS DENIED.

4.   THE REMOVAL OF ANY CASE PROCEEDINGS DEPENDS UPON WHETHER THE DEMAND FOR REMOVAL IS BASED UPON AN INDICTMENT BY A GRAND JURY, UPON INFORMATION PROVIDED, OR A COMPLAINT. SUCH PROCEEDINGS SHALL ALWAYS PROCEED, UNDER THE CONDUCTING BEFORE A FEDERAL JUDGE OR UNITED STATES COMMISSIONER, BUT NEVER A MAGISTRATE JUDGE.. 9 Edmunds Cyclopedia of Federal Procedure 3919...   BY NOT FOLLOWING THE GUARANTEED DUE PROCESS OF LAW MAKES THIS ANOTHER ILLEGAL OPERATION,  WHERE THE PROPER COMPLAINT AND MOTION FOR APPEAL WAS PROPERLY FILED.  WHERE CIVIL LIABILITY ARE PERSONAL GUARANTEED AND PROTECTED BY THE CONSTITUTION OF THE UNITED STATES, .THIS FREEDOM OF NATURAL LIBERTIES SHORN OF EXCESSES WHICH INVADES EQUAL RIGHTS TO

OTHERS, THEY ARE RESTRAINTS PLACED UPON THE GOVERNMENT.. Sowers V: Ohio Civil Rights Commission 20 Ohio Misc. 115, 252,N.E. 2d, 463, 476..

**MOTION FOR CRIMINAL CHARGES:**

WHEN A PROBATE JUDGE BRAKES THE **OATH OF OFFICE,** BY NOT ABIDING BY THE SWORN STATEMENTS TO UPHOLD THE CONSTITUTION OF THE UNITED STATES, FEDERAL LAWS AND STATUES THAT PROVIDE EQUAL PROTECTION TO ALL PEOPLE, THIS BECOMES A CRIMINAL OFFENCE THAT IS A **FELONY,** THAT SHOULD BE CHARGED WITH AND PUNISHED TO THE FUL EXTENT OF THE LAW

THE OATH OF OFFICE BINDS A PARTY WHEN THEY ASSUME CHARGE OF THAT OFFICE, HEREBY DECLARES THAT THEY WILL **FAITHFULLY** AND **TRUTHFULLY** DISCHARGE THE DUTIES OF THAT OFFICE AND UPHOLD ALL THE LAWS EQUALLY. AS FOUND IN THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND STATUTES THAT MAY APPLY TO THAT PARTICULAR CASE. Art. VI, U. S. Const. THAT THIS ATTESTATION OR PROMISE IS MADE UNDER A IMMEDIATE SENSE OF RESPONSIBILITY TO **GOD,** WHERE ONE WILLFULLY ASSERTING UNTRUE STATEMENTS ARE ALSO PUNISHABLE FOR **PERJURY.** Art.II, Sec. I, U. S. Const. Vaughn V: State, 146, Tex. Cr. R. 585, 177, S. W. 2d, 59, 60..

**DEMAND FOR JUSTICE:**

EVERY CASE THAT I HAVE PRESENTED IN THIS COURT, SOME EXCUSE IS ALWAYS USED TO DENY ME OF MY GUARANTEED CONSTITUTION RIGHTS IN THE

04.

DUE PROCESS OF LAW.   LIKE CAUSE OF ACTION, WHERE NO ONE CAN UNDERSTAND WHAT THE COMPLAINT IS ABOUT, TO WHOM IS THE DEFENDANT, NOT SURE IF PLACED IN THE PROPER JURISDICTION,  TRYING TO PLACE A COST UPON, TO  CLAIM MY COMPLAINT IS FRAUDULENT, OR TO CLAIM THAT THE DEFENDANT IS FREE FROM BEING SUED,  THESE EXCUSES TO DENY ME AS AN AMERICAN CITIZEN THE GUARANTEED RIGHT TO BE HEARD IN ANY COURT BY A JURY OF MY PIERS.  s/s 34 - 3 - 19, ANY PERSON MAY MANAGE HIS OWN CASE, IN ANY COURT IN THE UNITED STATES OF AMERICA.  A **STATE CANNOT** EXCLUDE A PERSON FROM THE PRACTICE OF LAW OR FROM ANY OTHER OCCUPATION IN A MANNER OR FOR REASONS THAT CONTRAVENE THE DUE PROCESS PROTECTION CLAUSE OF THE 14th AMENDMENT OF.THE UNITED STATES CONSTITUTION.   535, U. S.  At. 238 - 239, 77, S.  Ct.  At. 756..

THE PRINCIPAL AUTHORITY AS A REASONABLE PRUDENT MAN USING DILIGENCE AND DISCRETION PRINCIPALS USUALLY INCLUDES WHATEVER IS NECESSARY IN CARRYING OUT AND PROTECTING THE DUE PROCESS OF LAW, AS FOUND IN THE 5th AMENDMENT OF THE UNITED STATES CONSTITUTION, AGAIN IN THE 14th AMENDMENT, WHICH PROTECTS A STATE FROM STATE ACTIONS, WHERE THE PERSON IS **GUARANTEED FAIR PROCEDURES** AND SUBSTANTIVE UNDER SAFEGUARD FOR THE PROTECTION OF INDIVIDUAL RIGHTS, AS ESTABLISHED IN OUR SYSTEM OF JURISPRUDENCE FOR THE ENFORCEMENT AND PROTECTION OF PRIVATE RIGHTS.

HERE AGAIN MY GUARANTEED FAIR PROCEDURES AND INDIVIDUAL

RIGHT AS GIVEN IN THE UNITED STATES CONSTITUTION HAS NEVER EXISTED FOR ME IN ANY CASE INVOLVED WITH THE SO CALLED ADMINISTRATORS OF THE AMERICAN JUSTICE SYSTEM.

DENYING MY CONSTITUTION RIGHT FOR A SPEEDY TRIAL, AS GIVEN IN THE FEDERAL ACT OF 1974, SET OUT AND ESTABLISHED TIME LIMITS ON ALL EVENTS THAT ARE CARRIED OUT IN THE JUDICIAL SYSTEMAS SO PLACED ON THE SHORT TERM CALENDER, SO AS TO ASSURE A SPEEDY TRIAL. THE 7th AMENDMENT OF THE UNITED STATES CONSTITUTION , REQUIRES A TRIAL BY AN IMPARTIAL JURY, EITHER **CIVIL OR CRIMINAL,** ON **ALL ISSUES** BETWEEN THE PARTIES, WEATHER THEY BE ISSUES OF LAW OR FACTS WITH NO RESTRAINTS OR ILLEGAL COST ADDED ON, BEFORE A COURT THAT HAS PROPER JURISDICTION.   Fed. R. Civil P. 38 (a), 48 Crim. P. 23, 33, Fed. R. Civil P. 59. U. S. C. A. s/s 3161, Baker  V: Wingo 407, U.S. 514, 92, S. Ci, 2182, 33 LED, 2d, 101, Bryant V: State Md. App. 572. 244, A. 2d, 446, 448, 6th Amendment of the United States Constitution..

A SPEEDY TRIAL IS NOT CONFINED TO MERELY AN IMPAIRMENT, BUT INCLUDES ANY THREAT TO WHAT HAS BEEN TERMED AS ACCUSED'S SIGNIFICANT STAKES, PSYCHOLOGICAL, PHYSICAL, FINANCIAL IN THE COURSE OF A PROCEEDING WHICH MAY ULTIMATELY DEPRIVE HIM OF PROPERTY, LIFE, LIBERTY, OR PRESUIT OF HAPPINESS.. U.S.  V: Dryer C. S. N. J.  533, F. 2d, 112, 115..

THE COMPLAINT AS PRESENTED BY THE PLAINTIFF, HAS PRODUCED SUFFICIENT EVIDENCE TO ESTABLISH THAT THERE IS PROBABLE CAUSE TO BELIEVE THAT THE ABOVE DEFENDANT HAS COMMITTED A CRIME IN THE

PERFORMANCE OF HER DUTY AS A PROBATE JUDGE, BY NOT ABIDING BY THE OATH OF OFFICE SHE TOOK.

**JURISDICTION:**

I HAVE BEEN A LIFE TIME RESIDENT OF THIS STATE, BORN IN TALLAPOOSA COUNTY AT, DADEVILLE, ALABAMA.. WHEN I FINISHED LAW SCHOOL AT JACKSONVILLE STATE, THE REQUIRES RULES TO FILE A COMPLAINT IN FEDERAL COURT CONSIST OF THE FOLLOWING:

A.  A CONSTITUTION VIOLATION

B.  A CIVIL RIGHT VIOLATION

C.  DENYING THE DUE PROCESS OF LAW

D.  THE AMOUNT OF MONEY INVOLVED.

IN MY COMPLAINT I HAVE GIVEN NO. A, C, & D, AS MY LEGAL RIGHT TO PRESENT THIS CASE IN THIS COURT, WHERE THE ONLY REQUIREMENTS FOR JURISDICTION MUST BE MEET ARE;

a.  THAT THE DEFENDANT (S) HAS BEEN PROPERLY SERVED WITH A SUMMONS AND ON GOING COMPLAINT,

b.  THAT THE CONTROVERSY EXCEEDS A CERTAIN SUM,

c.  THAT THE PARTIES ARE CITIZENS OF THE UNITED STATES...

Nobel V: Union River Logging Railroad Co. 147 U.S. 165, 13, S. Ct. 271, 37, L. Ed. 123..

ALL OF THE ABOVE QUALIFICATIONS HAVE BEEN MEET FOR PROPER JURISDICTIONS ACCORDING TO THE GIVEN ABOVE LAWS.. NO REFUSAL FOR PROPER JURISDICTION CAN BE USED AS AN EXCUSE IN THIS COMPLAINT.

THE 11th AMENDMENT GIVES A CITIZEN OF THIS STATE THE RIGHT TO SUE OTHER CITIZENS IN THIS STATE, AND CANNOT BE USED AS AN EXCUSE TO DISMISS THIS COMPLAINT.   THE STATE LAW THAT GIVES IMMUNITY FROM PROSECUTION, HAS NO AUTHORITY IN THE FEDERAL COURT, FOR THE !1th AMENDMENT OF THE UNITED STATES CONSTITUTION, MAKES THE STATE LAW ILLEGAL.   ANY MOTION TO AVOID THE PLEA AS GIVEN IN THIS COMPLAINT OR FAILS TO STATE IN SHORT AND PLAIN TERMS IS USELESS AND INSUFFICIENT ANSWER  Wright   V: Miller, Fed. P. & P. s/s 1196..

**JUDGMENT:**

1.    A FINE OF $250,000.00,  COURT COST, ANY ATTORNEY FEES IF APPLICABLE,

2.    FINE TO TRIPLE FOR EVERY APPEAL, OR STALLING METHOD USED IN ANY COURT,  FOR EVERY THIRTY DAYS, UNTIL FINAL SETTLEMENT..

**CONCLUSION:**

LOOKING OVER THE PRIOR CASES THAT I FILED IN THE UNITED STATES DISTRICT COURT, EVERY ILLEGAL EXCUSE WAS USED TO AVOID FINAL SETTLEMENT IN THIS CASE.  THIS MUST BE HEARD BY AN IMPARTIAL, TRUTHFULLY, AND  FAITHFULLY, DISTRICT FEDERAL JUDGE THAT CAN DISCHARGE THE DUTIES OF HIS OFFICE, ABIDE BY THE OATH OF OFFICE WHEN SWORN IN, NOT ALLOWING OUTSIDE INFLUENCE ABOUT JUST DECISIONS, ABLE TO PLACE ALL OF THE LAWS GUARANTEED BY THE UNITED STATES CONSTITUTION, FEDERAL LAWS AND STATUES THAT PROVIDE THIS DUE PROCESS OF LAW AND EQUAL PROTECTION TO ALL  PEOPLE.   BY LAW NO

MAGISTRATE JUDGE CAN BE INVOLVED, FOR THEY CAN ONLY BE APPOINTED IN MINOR OFFENSES, BY A FEDERAL DISTRICT JUDGE, AND THIS CONSTITUTION VIOLATION IS NOT A MINOR OFFENSE. . IF THE FEDERAL DISTRICT JUDGE FEELS LIKE HE CANNOT ISSUE A FAIR AND JUST FINAL DECISION IN THIS CASE, BASED ONLY ON THE EVIDENCE PRESENTED, THEN HE MUST EXCUSE HIMSELF AND REQUEST THAT A PANEL OF AT LEAST THREE OR MORE FEDERAL DISTRICT JUDGES ISSUE A FINAL SETTLEMENT.   THIS CASE IS NOT BETWEEN ME AND ANY JUDGE,  THIS CASE IS AGAINST THE DEFENDANT, GLORIA SINCLAIR ONLY,  AND ALL UN-NESSARY PAPER WORK AND EXCUSES IS A WAIST OF BOTH OF OUR TIME THEREFORE,  PLEASE SET THIS ON YOUR EARLY CALENDER FOR FINAL SETTLEMENT..

I HEREBY DECLARE UNDER PENALTY OF PERJURY, THAT ALL STATEMENTS MADE IN THIS COMPLAINT ARE TRUE TO THE BEST OF MY KNOWLEDGE.   THAT I HAVE SENT A COPY OF THIS ACTION TO THE FOLLOWING;

*Gene Coggins*
GENE COGGINS Pro/se
1436 COUNTY ROAD #299
LANETT, AL   36863
(334) 576 - 3263

CC:
CLERK OF THE U.S. DIST. COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

STATE OF ALABAMA
ATTORNEY GENERAL
P.O. BOX 320001
  MONTGOMERY, AL 36132-0001

UNITED STATES
ATTORNEY GENERAL
WASHINGTON, D.C. 20559

DISTRICT ATTORNEY
TALLAPOOSA COUNTY
       COURTHOUSE 125 N.
       BROADNAX ST.
DADEVILLE, AL 36853