# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT, EASTERN DIVISION
# AT: MONTGOMERY, ALABAMA

RECEIVED
2007 JUN 14 A 9:46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

GENE COGGINS
1436 County Rd, #299
Lanett, Al 36863
    Plaintiff

V;

CIVIL ACTION NO. 3.07-CV-525-WKW

MRS GLORIA SINCLAIR
PROBATE JUDGE OF
TALLAPOOSA COUNTY
125 N. BROADNAX ST. RM.126
DADEVILLE, AL 36853
    Defendant

## MOTION TO APPEAR IN FORMA PAUPERIS

COMES NOW, THE PLAINTIFF, GENE COGGINS, WITH THIS MOTION TO APPEAR IN FORMA PAUPERIS AS A GUARANTEED CONSTITUTION RIGHT WITHOUT ANY PAYMENT OF FEES, COST, BOMD, OR ANY FORM OF SECURITY GIVEN.. Fed. R. App. P. 24..

_Gene Coggins_
GENE COGGINS
1436 COUNTY ROAD #299
LANETT, AL 36863    :

# AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, <u>GENE COGGINS</u>, AM THE PETITIONER IN THE ABOVE ENTITLED CASE. IN SUPPORT OF MY MOTION TO PROCEED WITHOUT BEING REQUIRED TO PREPAY FEES, COST OR GIVE SECURITY THEREOF, I STATE THAT BECAUSE OF MY POVERTY I AM UNABLE TO PAY THE COST OF THIS CASE OR TO GIVE SECURITY THEREOF, AND I BELIEVE I AM ENTITLED TO REDRESS. I FURTHER SWEAR THAT THE RESPONSES I HAVE MADE TO THE QUESTIONS AND INSTRUCTIONS BELOW RELATING TO MY ABILITY TO PAY THE COST OF PROCEEDING IN THIS COURT ARE TRUE.

1. ARE YOU PRESENTLY EMPLOYED? YES____ NO__X__. RETIRED

    a. IF THE ANSWER IS YES, STATE THE AMOUNT OF YOUR SALARY OR WAGES PER MONTH AND GIVE THE NAME AND ADDRESS OF YOUR EMPLOYER.

    b. if the answer is no, state the date of your last employment and the amount of salary or wages per month you received.

    Retired as legal assistant for Mr. Charles Reynolds Attorney, of Alexander City, Al, at his death in November of 1995, salary of $800.00 per month.

2. HAVE YOU RECEIVED WITHIN THE PAST TWELVE MONTHS ANY INCOME FROM A BUSINESS, PROFESSION, OR ANY OTHER FORM OF SELF-EMPLOYMENT, OR IN THE FORM OF RENT PAYMENTS, INTEREST, DIVIDENDS, OR OTHER SOURCES. YES____ NO__X__.

    a. IF THE ANSWER IS YES, DESCRIBE EACH SOURCE OF INCOME AND STATE THE AMOUNT RECEIVED FROM EACH DURING THE PAST TWELVE MONTHS.

    b. I DRAW ONLY SOCIAL SECURITY A $442.00 PER MONTH.

3. DO YOU OWN ANY CASH OR HAVE A CHECKING ACCOUNT? YES__X__ NO____.

    a. if the answer is yes, state the total value of items owned.. Presently a minus of $1,148.63 in my overdraft protection account.

4. DO YOU OWN ANY REAL ESTATE, STOCK, NOTES, AUTOMOBILES, OR OTHER VALUABLE PROPERTY (excluding ordinary household furnishings and clothing), YES____ NO__X__.

    a. IF THE ANSWER IS YES, STATE THE TOTAL APPROXIMATE VALUE OF THE ITEMS, AND DESCRIBE THE PROPERTY OWNED.

5. LIST THE PERSONS WHO DEPEND UPON YOU FOR SUPPORT AND STATE THE RELATIONSHIP TO THOSE PERSONS. NO ONE, FOR I LIVE WITH MY WIFE IN HER HOUSE AND SHE LIVES ON SOCIAL SECURITY ALSO.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.. EXECUTED ON THIS: MARCH 31, 2007

*[signature: Gene Coggins]*
GENE COGGINS Pro st