IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 3:07-cv-00525-WKW |
| | ) |
| GLORIA SINCLAIR, | ) |
| | ) |
|     Defendant. | ) |

## **ORDER**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to the Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 21st day of June, 2007.

                                                /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE