IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:07-cv-00525-WKW |
| GLORIA SINCLAIR, | ) |
| Defendant. | ) |

ON PAGE 03, ON MY ORIGINAL COMPLAINT STATES

"NO MAGISTRATE JUDGE CAN BE INVOLVED BY LAW IN THIS CASE, FOR THEY CAN BE APPOINTED ONLY IN MINOR OFFENSES BY THE FEDERAL DISTRICT JUDGE, OR REQUESTED BY THE PLAINTIFF WITH PROPER WRITTEN FORMS. THIS CASE INVOLVES A GUARANTEED CONSTITUTIONAL RIGHT VIOLATION," THAT I REQUESTED TO BE PRESENTED TO A FAIR AND IMPARTIAL DISTRICT JUDGE.. THEREFORE ANY OPINION OR ORDER ISSUED BY A MAGISTRATE JUDGE IS ILLEGAL AND NOT A PART OF THIS ORIGINAL COMPLAINT. 9 Edmunds Cyclopedia of Federal Procedures 3919

_Gene Coggins_
GENE COGGINS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 3:07-cv-00525-WKW ) |
| GLORIA SINCLAIR, | ) ) |
| Defendant. | ) ) |

RECEIVED
2007 JUN 26 A 9:38

## ORDER

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to the Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 21st day of June, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE