# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT, EASTERN DIVISION, AT: MONTGOMERY, ALABAMA

GENE COGGINS Pro st
1436 COUNTY ROAD #299
LANETT, AL 36863
        Plainttiff

V;

CIVIL ACTION NO. <u>06-00687 CV-3- WHA.DRB</u>
APPEAL NO. <u>06-16194-B</u>
DIST. COURT NO. <u>3:07 - CV 525 - WKW(WO)</u>

GLORIA SINCLAIR,
        Defendant

## OBJECTIONS TO MAGISTRATE JUDGE RECOMMENDATIONS

    COMES NOW, THE PLAINTIFF GENE COGGINS WITH THE FOLLOWING OBJECTIONS TO THE MAGISTRATE JUDGE RECOMMENDATIONS:

1.    ITEM NO 1 PAGE ONE OF FOOTNOTES "CASE REFERRED TO MAGISTRATE JUDGE PURSUANT TO 28 U.S.C. s/s 636 (b) (1) (a), THE PLAINTIFF OBJECTS TO THE REFERRAL LACK MERIT"..

    a.    WHERE ONLY MINOR CASE IS INVOLVED, A FEDERAL DISTRICT JUDGE OR A UNITED STATES COMMISSION CAN APPOINT A MAGISTRATE JUDGE, TO HEAR AND MAKE RECOMMENDATIONS TO THE COURT IN THESE CASES. 9 Edmunds Cyclopedia of Federal Procedure. A constitution violation is not a minor case, but a major one, can be heard only by a Federal District Judge. Therefore any recommendations made by any magistrate judge is illegal, and denied the Due Process of Law that is a part of by guaranteed Constitution Rights.

01.

b.  Any attempt to deny this basic right, under the Due Process of Law is illegal and must be corrected.   The concept of "Due Process of Law" as it is embodied in the 5th Amendment of the United States Constitution, that a law shall not be unreasonable, arbitrary, or capricious and have a substantial requisite to be heard..  U.S. V: Smith  D. C. Iowa, 249, F. Supp. 515, 516.

c.  Th fundamental requisite of the " Due Process of Law" is th e opportunity to be heard.   To review the answer from the other party, with both parties aware of the matter pending, and to assert before the appropriate decision making body.   Trinity Episcopal Corp. V: Romney  D. C. N. Y.  387 F. Supp. 1044, 1084,

d.  "referral to lack of Merit" is possessing or characterized or actually means fundamental fairness.  Here this makes your recommendations a joke where fairness or merit is involved.   Pinkerton V: Farr W. Va. 220, S. E. 2d, 682, 687.

e.  In the above item c.  where is the answer from the other party that I am to review., again destroying my right to the guaranteed  Due Process of Law by not having an answer from the other party, before making recommendations, denying motions, and giving orders that the other party is required to be a part off, and having their opportunity to respond to each and every claim made..  This form of  forjudgment or pre trial hearing, is bias, preconceive opinion, leaning toward one side of a cause for some reason or another, other than a fair dispensing of justice.   This form of discrimination which sways fair judgment, disqualifies judges as a condition of mind that refers to mental attitude or disposition of the judge toward a party to the litigation and any views that he may entertain regarding the subject matter.   State ex rel. Michell V: Sage Stores Co. 157 Kan. 622, 143, P. 2d, 652, 655..   This prejudice actual means no rights or declaration are to be considered by the defending party or their ability to present an effective defense.   U. S.  V: Menke D.C. Pa.  339, F. Supp., 1023, 1026.

f.  In the United States justice system, there are many laws and statues, and similar cases that can be used in presentation of a case,  but the only thing that is prevailing in any case begins with the Constitution of the United States and the guarantees Due Process of Law.

  **Prejudice is a factor in a speedy trial claim is not confined to merely an impairment of the defense but includes any threat, stakes, psychological, physical, and financial , in the prompt termination of a proceeding which may ultimately deprive him of life, liberty, property or pursuit of happiness ..   U. S.  V: Dreyer C. .A. N. J. 533, F.  2d, 112, 115..**

1. TIME LIMITS ON ALL EVENTS CARRIED OUT IN THE JUDICIAL SYSTEM AS SO PLACED ON THE SHORT TERM CALENDER SO AS TO ASSURE A SPEEDY TRIAL . THE 7th AMENDMENT OF THE UNITED STATES CONSTITUTION REQUIRES A TRIAL BY AN IMPARTIAL JURY EITHER **CIVIL OR CRIMINAL ON ALL ISSUES** BETWEEN THE PARTIES, WEATHER THEY BE ISSUES OF LAW OR FACTS, WITH NO RESTRAINTS OR ILLEGAL COST ADDED ON, BEFORE A COURT THAT HAS PROPER JURISDICTION. Fed.  R. Civil P.  38 (a), 48 CIM. P.  23, 33, Fed. R. Civil P.  59, U.S. C. A. s/s 3161, Baker   V: Wing, 407, U.S. 514, 92, S. Ci.  2182, 33, LED 2d, 101, Bryant V: State Md.  App.  572, 244, A.  2d, 446, 448, 6th Amendment of the United States Constitution..

2. DENYING MY RIGHT FOR A TRIAL BY JURY IS GUARANTEED BY THE 6th AND 7th AMENDMENT OF THE UNITED STATES CONSTITUTION, THAT REQUIRES A TRIAL BY AN IMPARTIAL JURY ON EITHER CIVIL OR CRIMINAL CASES ON ALL ISSUES BETWEEN THE PARTIES.. THIS RIGHT WAS DENIED BY PLACING A ILLEGAL COST UPON A JURY TRIAL.

3. THESE GUARANTEED CONSTITUTIONAL RIGHTS ON ANY **CIVIL** OR **CRIMINAL PROCEEDINGS,** AND A TRIAL BY JURY, MAKES ALL OF RULE 28 ANOTHER ILLEGAL FORM AGAINST THE GUARANTEED RIGHT AND DUE PROCESS AS GIVEN IN THE UNITED STATES CONSTITUTION.   ANY RULE ESTABLISHED BY ANY GOVERNING BODY, THAT DOES NOT COMPLY TO THE GUARANTEED CONSTITUTION RIGHTS IS ILLEGAL AND SUBSTANTIALLY CANNOT BE USED IN DETERMINING WHETHER A CLAIM AGAINST A DEFENDANT IS IMMUNE FROM SUCH RELIEF.   UNDER THE 11 AMENDMENT OF THE UNITED STATES CONSTITUTION, NO ONE THAT LIVES WITHIN THE STATE WHERE THIS ACTION IS FILED, IS IMMUNE FROM SUIT.

THEREFORE THIS CLAIM FOUND ON PAGE NO.1 OF THE FIRST PAGE AN IS ILLEGAL CLAIM.

ON PAGE ONE ITEM(I), " THE COURT SHALL DISMISS THE CASE AT ANY TIME, IF THE COURT DETERMINES THAT THE ACTION OR APPEAL (I), IS FRIVOLOUS OR MALICIOUS".. AGAIN THIS IS BASED UPON THIS ILLEGAL RULE 28.. ANY PRELIMINARY RECOMMENDATIONS OR ORDER BEFORE A MAGISTRATE JUDGE IS ONLY A BASICALLY FIRST SCREENING OF THE CHARGES... HIS FUNCTION DOES NOT REQUIRE THE SAME DEGREE OF PROOF OR EVIDENCE AS IS NECESSARY FOR CONVICTION AT A TRIAL   Mattioli V: Brown 71, Misc. 2d, 99, 335, N. Y. S. 2d, 613, 615...

ITEM (ii), "fails to state a claim" INDICATES THE IN ABILITY TO READ THE COMPLAINT, WHICH STATES, THAT THE DEFENDANT IS GUILTY OF NOT ALLOWING MY GUARANTEED CONSTITUTION RIGHTS AND FOLLOWING THE DUE PROCESS OF LAW..

ON PAGE NO 2. "COGGINS FURTHER COMPLAINS AT LENGTH ABOUT THIS ALLEGED DENIAL OF HIS RIGHT TO APPEAL", THE ALLOWANCE OF AN APPEAL FROM A LOWER COURT IS A GUARANTEED CONSTITUTION RIGHT, WHERE A LOWER COURT REFUSES TO MODIFY AN INJUNCTION, OR DISSOLVE ALL ISSUES INVOLVED IN THIS CASE IN DETERMINING THE RIGHTS AND LIABILITIES OF THE PARTIES INVOLVED IS IMMEDIATELY APPEALABLE, WITHOUT ANY RESTRICTIONS OR COST ADDED ON..  Budinich V: Becton Dickinson & Co. 486, U. S. 196, 201, 108, S. Ct. 1717-22, 100 L. Ed. 2d, 178, (1988), LaChance V: Duffy's Draft House, inc. 146, F. 3d, 832, 837, (11th Cir. 1998), Fed. R. Civil P. 56.. This makes this denial of my right to appeal illegal and must be a part of this action.

On page no2 where the terms are used "clearly baseless" an "plaintiff's realistic chances of ultimate success are slight", HERE AGAIN THE WRITER DOES NOT UNDERSTAND WHAT GUARANTEED CONSTITUTION RIGHTS ARE, WHERE THE 5th AND THE 14th AMENDMENT GUARANTEE A PERSON FAIR PROCEDURES AND FROM UNFAIR STATE ACTIONS, PROVIDES SAFEGUARDS FOR THE PROTECTION OF INDIVIDUAL RIGHTS ACCORDING TO THE RULES AND PRINCIPALS WHICH HAS BEEN ESTABLISHED IN OUR SYSTEMS OF JURISPRUDENCE FOR THE PROTECTION AND

ENFORCEMENT OF PRIVATE RIGHTS.. THE BASIC AND ESSENTIAL FUNDAMENTAL REQUISITE OF THE DUE PROCESS CLAUSE IS THE OPPORTUNITY TO BE HEARD, TO BE AWARE THAT A MATTER IS PENDING AND TO ASSERT BEFORE A APPROPRIATE DECISION MAKING BODY THE REASON FOR SUCH CHOICE. Trinity Episcopal Corp. V: Romney D. C. N. Y. 387, F. Supp. 104, 1084, Pinkerson V: Farr W. Va. 220, S. E. 2d, 682, 687..

    WHERE THE CAUSE OF ACTION HAS BEEN GIVEN MANY TIMES IN THE ORIGINAL COMPLAINT, SOME PEOPLE CANNOT UNDERSTAND WHAT GUARANTEED CONSTITUTION RIGHTS ARE FOR OR TO WHOM THEY APPLY. MY COMPLAINT CLEARLY SHOWS THE CAUSE OF ACTION AS MY GUARANTEED CONSTITUTIONAL RIGHTS HAVE BEEN VIOLATED. WITH ALL OF THE EVIDENCE AND PAPER TRAIL LEFT BEHIND, THIS IS HARD TO SEE WHEN THE DUE PROCESS OF LAW IS IGNORED AND NOTHING FROM THE DEFENDANT HAS BEEN PRESENTED. THE BEST WAY TO HELP ANY PERSON THAT HAS A PROBLEM IN SEEING THE CAUSE OF ACTION IN THIS CASE, WOULD BE TO RECOMMEND THAT THEY GO BACK TO SCHOOL AND TAKE THE COURSE IN CONSTITUTION LAWS...

    ON PAGE THREE ITEM NO.1 "THE LAW IS WELL ESTABLISHED THAT A STATE JUDGE IS ABSOLUTELY IMMUNE FROM CIVIL LIABILITIES".. ANY LAW THAT STATES THAT ANY CITIZEN OF THIS STATE IS FREE FROM ANY SUIT, OR HAS IMMUNITY FROM SUCH IS ILLEGAL, FOR THE PREVAILING LAW IS FOUND IN THE 11th AMENDMENT OF THE UNITED STATES CONSTITUTION, THAT GIVES ANY CITIZEN OF THIS STATE THE RIGHT TO SUE ANY OTHER CITIZEN WITHIN THIS STATE REGARDLESS OF WHAT TITLE OR POSITION THEY MAY HOLD. NO OTHER FEDERAL OR STATE LAW, COURT, OR JUDGE CAN CHANGE THIS GUARANTEED RIGHT. HERE AGAIN IN RULE 28 IS USED FOR A PROVISION TO BE DISMISSED. THIS HAS BEEN EXPLAINED THAT THIS LAW IS NOT LEGAL, ACCORDING TO THE CONSTITUTION...

    AGAIN ON PAGE THREE ITEM NO 2, "THE REQUEST FOR DECLARATORY RELIEF AS BROUGHT ON BY STATE COURT LOSERS, CHALLENGING STATE COURT JUDGMENTS"..HERE AGAIN THE WRITER NEVER READ THE ORIGINAL COMPLAINT OR COULD UNDERSTAND WHAT

HE READ.   THERE HAS NEVER BEEN ANY FINAL DECISION OR JUDGMENT PLACED UPON THE CASE IN QUESTION, THAT WAS PRESENTED IN THE PROBATE COURT IN TALLAPOOSA COUNTY.  THE CAUSE OF ACTION BEGIN WITH THIS TIME LIMIT PLACED ON ALL CASES,  THE RIGHT TO APPEAL TO ANY COURT,   THE RIGHT TO APPEAL WITHOUT ANY PREPAID FEES, COST OR RESTRICTIONS ADDED ON.   WITH THESE GUARANTEED CONSTITUTIONS RIGHTS AS GIVEN ARE NOT FOLLOWED, SETTING ON ANY CASE FOR YEARS WITHOUT ANY SETTLEMENT IN SIGHT, I HAVE THE RIGHT TO FILE THIS ILLEGAL ACTION IN THIS COURT.   NO MATTER HOW MANY RULES AND STATUES YOU MAY COME UP WITH, NOTHING CAN NOT ALLOW THIS CASE TO BE HEARD.   EVERY TIME YOU COME UP WITH AN EXCUSE NOT TO HEAR THIS CASE, I HAVE FOUND EVERY ONE OF THEM TO BE AGAINST THE DUE PROCESS OF LAW AS GIVEN UNDER THE GUARANTEED CONSTITUTION RIGHTS OF THE UNITED STATES CONSTITUTION.

ON PAGE NO 4 , YOU GAVE AN EXCUSE THAT "FEDERAL DISTRICT COURTS DO NOT HAVE JURISDICTION OVER CHALLENGES TO STATE COURT DECISIONS, EVEN IF THOSE ALLEGE THAT THE STATE COURT ACTION WAS UNCONSTITUTIONAL" IN MY ORIGINAL COMPLAINT COVERED THE PROPER JURISDICTION FOR THIS CASE,  THE DEFENDANT, ALSO KNOWN AS THE PROBATE JUDGE OF TALLAPOOSA COUNTY NEVER GAVE ANY FINAL OR ANY OTHER ORDER COVERING THIS CASE, SHE JUST SET ON IT LIKE A CHICKEN SETTING ON AN EGG HOPEING THIS WOULD HATCH.   WHEN I APPEALED THIS TO THE CIRCUIT COURT, THE ONLY REPLY WAS APPEAL DENIED FOR  FEES WERE NOT PAID FOR AN APPEAL.   EVERYTHING THAT HAPPEN IN THIS CASE REPRESENTS THE DENIED DUE PROCESS OF LAW AND DENIAL OF MY GUARANTEED CONSTITUTION RIGHTS.

THIS GUARANTEED DUE PROCESS REQUIRES THAT EVERY CITIZEN HAVE THE PROTECTION OF A DAY IN COURT AND TO BE HEARD BY AN IMPARTIAL JURY OF HIS PIERS..  Di Maio,, V: Reid 132 N. J. L.  19, 37, A.  2D, 829, 830..   WEBSTER DEFINED THIS TO MEAN A LAW WHICH HEARS ALL PHASES BEFORE IT CONDEMNS, WHICH PROCEEDS ON ALL INQUIRY AND

RENDERS JUDGMENT ONLY AFTER TRIAL. Wichita Council No. 120 of Security Ben. Ass'n,,V: Security Ben Assn. 138 Kan. 841, 28 P, 2d, 976, 980, J. B. Barnes Drilling Co. V: Phillips 166, okl. 154, 26, P. 2d, THIS COURT HAS NEVER HEARD OF THIS, OR DON'T BELIEVE IN FOLLOWING, TO HEAR ALL PHASES OF A CASE, BEFORE IT CONDEMNS, OR START SENDING OUT ORDERS AND RECOMMENDATIONS IN A ONE SIDED AFFAIR. WHEN ANY QUESTION OF FACTS, OR LIABILITY BE CONCLUSIVELY PRESUMED AGAINST HIM, THIS IS CONSIDERED NOT TO BE ASSOCIATED WITH THE DUE PROCESS OF LAW. AN ORDERLY PROCEEDING WHEREIN A PERSON IS SERVED WITH NOTICE, ACTUAL OR CONSTRUCTIVE, AND HAS AN OPPORTUNITY TO BE HEARD AND TO ENFORCE AND PROTECT HIS RIGHTS BEFORE A COURT THAT HAVING POWER TO HEAR AND DETERMINE ALL ASPECTS OF THE CASE. Kazubowski V: Kazubowski 45 Ill. 2d, 405, 259, N. E. 2d, 282, 290.. THIS CONSTITUTIONAL GUARANTY, DEMANDS THAT THE COURT OF LAW SHALL NOT BE UNREASONABLE, ARBITRARY, OR CAPRICIOUS, AND THAT MEANS SELECTED SHALL HAVE REAL AND SUBSTANTIAL RELATIONS TO OBJECT. SIMPLY THIS MEANS THAT THE DUE PROCESS CLAUSE OF THE CONSTITUTION OF THE UNITED STATES HAS A DIRECT TIE TO THIS PROCESS. Nebbi V: People of State of New York, N. Y. 291 U. S. 502, 54 S. Ct. 505, 78 L. E. D. 940. North American Co. V: Securities & Exchange Commission, C. C. A. 2, 133, F. 2d, 148, 154..

  ON PAGE NO 4, STATES THAT "THIS ACTION ABOUT WHICH THE PLAINTIFF COMPLAINS DID NOT DEPRIVE HIM OF ANY CONSTITUTIONALLY PROTECTED INTEREST AND THEREFORE CANNOT FORM THE BASIS FORM ACTION BROUGHT PURSUANT TO U. S. C. s/s 1983".. HERE AGAIN THIS WRITER NEVER READ THE COMPLAINT OR INCAPABLE OF UNDERSTANDING THE MEANING OF A SPEEDY TRIAL, THE RIGHT TO APPEAL WITH OUT ANY ADDED ON RESTRICTIONS OR COST,. OR THE RIGHT FOR A JURY TRIAL. THESE ARE GUARANTEED RIGHTS GIVEN IN THE CONSTITUTION OF THE UNITED STATES GOVERNMENT, AND APPLY TO EVERY CITIZEN WITHIN THIS COUNTRY.

  THIS ILLEGAL COST PLACED UPON ANY ACTION IS COVERED IN FEDERAL RULE APP. P. 38 - 39, U. S. C. May V: Williams 17 Al 23 (1849).. ANY PARTY HAS THE GUARANTEED RIGHT TO

APPEAR IN ANY COURT WITHOUT PREPAYMENT OF FEES, COST , OR GIVING ANY SECURITY THERE-OF..

THEREFORE UNDER THE DUE PROCESS OF LAW, THE ALLOWANCE OF AN APPEAL FROM A LOWER COURT IS A GUARANTEED CONSTITUTION RIGHT WHEN A LOWER COURT FAILS TO, OR REFUSES TO DISSOLVE ALL ISSUES INVOLVED, IN DETERMINING THE RIGHTS AND LIABILITIES OF THE PARTIES INVOLVED IS IMMEDIATELY APPEALABLE, AND NO ILLEGAL COST OR RESTRICTIONS CAN BE ADDED ON. Budinich V: Becton Dickinson & Co. 486 U.S. 196, 201, 108, S. Ct. 1717- 1722, 100 L. Ed. 2d, 178, (1988), LaChance V: Duffy"s Draft House, Inc. 146, F. 3d, 832, 837, (11th Cir. 19980, Fed. R. Civil P. 56..

"A PRIVATE CITIZEN LACKS A JUDICIALLY COGNIZABLE INTEREST IN THE PROSECUTION OR NON-PROSECUTION OF ANOTHER." HERE AGAIN THE GUARANTEED PROTECTION OF THE UNITED ST5ATES CONSTITUTION PREVAILS OVER THE ILLEGAL CASE GIVEN AS ; Linda R. S. V: Richard D. 410 U. S. 614, 619 (1973), WHERE EVERY CITIZEN HAS THE RIGHT TO PROTECT THEIR PROPERTY, INTEREST, OR OTHER MATTERS THAT MAY DEPRIVE THEM OF LIFE, LIBERTY, OR PURSUIT OF HAPPINESS. THESE CONSTITUTIONAL VIOLATIONS ARE MY INTEREST AND I HAVE THE RIGHT TO PROTECT THEM IN ANY PROPER WAY I SEE FIT.

I HOPE THIS WILL REFRESH YOUR MEMORY ENOUGH THAT A COMPLAINT FILED IN COURT MUST HAVE AN ANSWER, FROM A DEFENDANT ( IN OTHER WORDS SOMEONE OBJECTIONS) BEFORE ANY LEGAL DECISIONS, RECOMMENDATIONS, OR ORDERS ARE ISSUED. .

_Gene Coggins_
GENE COGGINS

GENE COGGINS
1436 county rd. #299
Lanett, AL  36863

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

