IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:07-cv-00525-WKW |
| ) | |
| GLORIA SINCLAIR, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Magistrate Judge filed a Report (Doc. # 5) in which he recommended the dismissal of the case prior to service in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii). The plaintiff timely filed objections (Doc. # 6) to the Report and Recommendation, but the court finds that the objections lack merit and this case is due to be dismissed with prejudice for the reasons stated by the Magistrate Judge.

The plaintiff also filed a Motion for Default and Default Judgment (Doc. # 7) because the defendant has not answered the complaint. This motion is due to be denied because the defendant was not served process in accordance with 28 U.S.C. § 1915(e)(2)(B)(i) and (iii) and, thus, was not required to answer.

The plaintiff further filed a Reply to All Recommendations and Orders with Motion for a Final Order (Doc. # 8). To the extent this motion is a request for a ruling on the Report and Recommendation and the default motions, the motion will be granted. In all other respects, the motion will be denied.

Accordingly, it is ORDERED that:

1. The Objections (Doc. # 6) is OVERRULED;

2. The Report and Recommendation (Doc. # 5) is ADOPTED;

3. The Motion for Default and Default Judgment (Doc. # 7) is DENIED;

4. The Motion for a Final Order (Doc. # 8) is GRANTED in part and DENIED in part;

it is GRANTED to the extent that it requests a ruling on the pending motions; it is DENIED in all other respects;

5. This case is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

DONE this 31st day of July, 2007.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE