# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT, EASTERN DIVISION RECEIVED
# AT: MONTGOMERY, ALABAMA 2007 AUG -6 A 9: 51

GENE COGGINS  Pro st
1436 County Rd, #299
Lanett, Al  36863
    Plaintiff

V;                                              CIVIL ACTION NO.3:07 - CV - 07 - 00525

GLORIA SINCLAIR, PROBATE JUDGE
TALLAPOOSA COUNTY COURTHOUSE
125 N. BROADNAX STREET
DADEVILLE, AL   36853
        Defendant

## MOTION TO APPEAR IN FORMA PAUPERIS

    **COMES NOW,**  THE PLAINTIFF, GENE COGGINS, WITH THIS MOTION TO

APPEAR IN FORMA PAUPERIS AS A GUARANTEED CONSTITUTION RIGHT

WITHOUT ANY PAYMENT OF FEES, COST, BOMD, OR ANY FORM OF SECURITY

GIVEN.. Fed. R. App. P. 24..

GENE COGGINS
1436 COUNTY ROAD #299
LANETT, AL 36863

## AFFIDAVIT OR DECLARATION
### IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, GENE COGGINS ,AM THE PETITIONER IN THE ABOVE ENTITLED CASE.   IN
SUPPORT OF MY MOTION TO PROCEED WITHOUT BEING REQUIRED TO PREPAY
FEES, COST OR GIVE SECURITY THEREOF, I STATE THAT BECAUSE OF MY
POVERTY I AM UNABLE TO PAY THE COST OF THIS CASE OR TO GIVE SECURITY
THEREOF, AND I BELIEVE I AM ENTITLED TO REDRESS.   I FURTHER SWEAR THAT
THE RESPONSES I HAVE MADE TO THE QUESTIONS AND INSTRUCTIONS BELOW
RELATING TO MY ABILITY TO PAY THE COST OF PROCEEDING IN THIS COURT
ARE TRUE.

1.    ARE YOU PRESENTLY EMPLOYED?  YES____   NO___X___.   RETIRED
      a     .IF THE ANSWER IS YES, STATE THE AMOUNT OF YOUR SALARY OR WAGES PER
            MONTH AND GIVE THE NAME AND ADDRESS OF YOUR EMPLOYER.

      b.    if the answer is no, state the date of your last employment and the amount of salary or wages per
            month you received.

            Retired as legal assistant for Mr. Charles Reynolds Attorney, of Alexander City, Al,  at his death
            in November of 1995, salary of $800.00 per month.

2.    HAVE YOU RECEIVED WITHIN THE PAST TWELVE MONTHS ANY INCOME FROM A
      BUSINESS, PROFESSION, OR ANY OTHER FORM OF SELF-EMPLOYMENT, OR IN THE FORM
      OF RENT PAYMENTS, INTEREST, DIVIDENDS, OR OTHER SOURCES.  YES_____   NO__X__ .

      a.    IF THE ANSWER IS YES, DESCRIBE EACH SOURCE OF INCOME AND STATE THE
            AMOUNT RECEIVED FROM EACH DURING THE PAST TWELVE MONTHS.

      b.    I DRAW ONLY SOCIAL SECURITY A $442.00 PER MONTH.

3.    DO YOU OWN ANY CASH OR HAVE A CHECKING ACCOUNT?  YES  X    NO____.

      a.    if the answer is yes, state the total value of items owned..    Presently a minus of  $1,148.63 in
            my overdraft protection account.

4.    DO YOU OWN ANY REAL ESTATE, STOCK, NOTES, AUTOMOBILES, OR OTHER VALUABLE
      PROPERTY (excluding ordinary household furnishings and clothing),    YES_____   NO__X___ .

      a.    IF THE ANSWER IS YES, STATE THE TOTAL APPROXIMATE VALUE OF THE ITEMS,
            AND DESCRIBE THE PROPERTY OWNED.

5.    LIST THE PERSONS WHO DEPEND UPON YOU FOR SUPPORT AND STATE THE
      RELATIONSHIP TO THOSE PERSONS.  NO ONE, FOR I LIVE WITH MY WIFE IN HER HOUSE
      AND SHE LIVES ON SOCIAL SECURITY ALSO.

      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT
TO THE BEST OF MY KNOWLEDGE..  EXECUTED ON THIS:  08-03-07

GENE COGGINS  Pro Se

# CERTIFICATE OF SERVICE

I, __GENE COGGINS__, DO HEREBY DECLARE UNDER THE PENALTY OF

**PERJURY**, THAT I HAVE PLACED UPON THIS DAY A COPY OF THE COMPLAINT

AND SUMMONS IN THE U.S. MAIL, SENT CERTIFIED WITH RETURN RECEIPT, TO

OFFICE OF THE CLERK, WITH PROPER POSTAGE, AND TO THE LAST KNOWN

ADDRESS OF THE DEFENDANT.


_Gene Coggins_                          **DATE AUGUST 03, 2007**
GENE COGGINS Pro se

GENE COGGINS
1436 COUNTY RD. #299
LANETT, AL 36863

3610140711-11 2007

OFFICE OF THE CLERK
U.S. DIST. COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

U.S. POSTAGE
LANETT, AL
36863
AUG 03 07
AMOUNT
$0.75
0005241-03

0000    36101