IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GENE COGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cv-00525-WKW |
| | ) | |
| GLORIA SINCLAIR, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The court construes plaintiff's Motion to Appeal Final Order (Doc. # 11) as a notice of appeal, and, as such, the motion is DENIED as MOOT.

Also before the court is the plaintiff's Motion to Appear in Forma Pauperis (Doc. # 12), which the court construes as a motion to proceed in forma pauperis on appeal. "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). In making this determination as to good faith, a court must use an objective standard, such as whether the appeal is "frivolous." *Coppedge v. United States*, 369 U.S. 438, 445 (1962). A frivolous appeal is one without arguable merit. *Sun v. Forrester*, 939 F.2d 924, 925 (11th Cir. 1991) (citations omitted). "Arguable means capable of being convincingly argued." *Id.* (citations and internal quotation marks omitted); *see Clark v. State of Ga. Pardons and Paroles Bd.*, 915 F.2d 636, 639 (11th Cir. 1990) (defining a lawsuit as frivolous where the chances of ultimate success are slight).

Applying the foregoing standard, this court is of the opinion that the plaintiff's appeal is without arguable merit and is, thus, frivolous and not taken in good faith. Accordingly, it is

ORDERED that the plaintiff's motion is DENIED.  The appeal in this case is certified, pursuant to 28 U.S.C. § 1915(a), as not taken in good faith.

DONE this 10th day of August, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE