# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### OFFICE OF THE CLERK
### POST OFFICE BOX 711
### MONTGOMERY, ALABAMA 36101-0711

**07-13791J**

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

RECEIVED
2007 AUG 23 A 10: 32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT, ALA.

August 14, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

USDC No. CV-07-W-00525-E

U.S. COURT OF APPEALS
RECEIVED
AUG 16 2007
ATLANTA, GA.

IN RE: GENE COGGINS V. GLORIA SINCLAIR

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

_X_ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
_X_ First Notice of Appeal: _X_ Yes, __ No   Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
___Yes, The Court Reporter(s) is/are:
___No           Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
___ IFP__; and/or APPEALABILITY/CPC is pending in this Court.
___ Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:
___The Appellate docket fee has been paid;___Yes,___No:_____Date , Receipt#_____
_X_ Appellant has been ___GRANTED; _X_ DENIED IFP, Copy of Oder enclosed.
___Appellant has been ___GRANTED; ___DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ___ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: __WILLIAM KEITH WATKINS__
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
___Volume(s) of Pleadings, _ Volume(s) of Transcripts,
___SEALED ITEMS, ie. __PSI(s)___; OTHER___; TAPE(s)_____
___Exhibits:___Envelope
___Volume (s) of Original Papers

cc:

Sincerely,

DEBRA P. HACKETT, CLERK

By: _____
Deputy Clerk