# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT**                                                                                  **TELEPHONE**
   CLERK                                                                  **September 10, 2007**                                                     **(334) 954-3610**

Mr. Thomas K. Kahn, Clerk                                    USDC No. CV-07-W-00525-E
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW                                                      USCA No. 07-13791-J
Atlanta, GA   30303

       IN RE: GENE COGGINS V. GLORIA SINCLAIR

_____

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

____Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from  enclosed.  If Opinion/Order was oral, please check box. [  ]

____First Notice of Appeal: ____Yes, ____No   Date(s) of Other Notices: _____

Was there a hearing from which a transcript could be made:

____Yes, The Court Reporter(s) is/are:

____No                      Date of Hearing(s): _____

THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____

____ IFP__; and/or APPEALABILITY/CPC is pending in this Court.

____Court Appointed Counsel/CJA; ____Yes; ____No;  Copy of Order Enclosed:

____The Appellate docket fee has been paid;____Yes,____No:_____Date , Receipt#_____

____Appellant has been ____GRANTED;____DENIED IFP, Copy of Order enclosed.

____Appellant has been ____GRANTED;____DENIED CPC/APPEALABILITY, Copy of Order enclosed.

____Appeal Bond, _____ Supersedeas Bond

  X  The District Judge or Magistrate Judge appealed from is Hon: WILLIAM KEITH WATKINS

This is an appeal from a bankruptcy order; Bankruptcy Judge: _____

____This is a DEATH PENALTY appeal.

_____

Certified record on appeal consisting of:

                   ____Volume(s) of Pleadings, ____ Volume(s) of Transcripts,

                   ____SEALED ITEMS, ie. ____PSI(s)____; OTHER____; TAPE(s)_____

                   ____Volume(s) of Exhibits:____Envelope

                    1  Volume (s) of Original Papers

_____

cc:                               Sincerely,

                              DEBRA P. HACKETT, CLERK

                              By: Donna M. Norfleet
                                  Deputy Clerk