IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GENE COGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cv-00525-WKW |
| | ) | |
| GLORIA SINCLAIR, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the court on the plaintiff's Second Motion to Appeal (Doc. # 14) and Third Motion to Appeal (Doc. # 18). By order dated August 10, 2007, the court denied as moot the plaintiff's first motion to appeal and construed the motion as notice of appeal. The plaintiff need not file a *motion* to appeal; a *notice* of appeal is sufficient pursuant to the Federal Rules of Appellate Procedure. Therefore, the Second Motion to Appeal (Doc. # 14) and the Third Motion to Appeal (Doc. # 18) are DENIED as MOOT.

To the extent the plaintiff moves this court for leave to proceed in forma pauperis on appeal again (Doc. # 18-2), for the same reasons set forth by order of this court on August 10, 2007 (Doc. # 13), it is DENIED.

DONE this 24th day of September, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE