## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711



DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

September 10, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA  30303

USDC No. CV-07-W-00525-E

USCA No. 07-13791-J

IN RE: GENE COGGINS V. GLORIA SINCLAIR

---

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
\_\_\_Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from  enclosed. If Opinion/Order was oral, please check box. [   ]
\_\_\_First Notice of Appeal:\_\_\_Yes,\_\_\_ No   Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
\_\_\_Yes, The Court Reporter(s) is/are:
\_\_\_No                 Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
\_\_\_ IFP\_\_; and/or APPEALABILITY/CPC is pending in this Court.
\_\_\_Court Appointed Counsel/CJA; \_\_\_Yes; \_\_\_No; Copy of Order Enclosed:
\_\_\_The Appellate docket fee has been paid;\_\_\_Yes,\_\_\_No:_____Date , Receipt#_____
\_\_\_Appellant has been  \_\_\_GRANTED;\_\_\_DENIED IFP, Copy of Order enclosed.
\_\_\_Appellant has been  \_\_\_GRANTED;\_\_\_DENIED CPC/APPEALABILITY, Copy of Order enclosed.
\_\_\_Appeal Bond, \_\_\_\_\_ Supersedeas Bond
\_X\_ The District Judge or Magistrate Judge appealed from is Hon: WILLIAM KEITH WATKINS
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
\_\_\_This is a DEATH PENALTY appeal.

---

Certified record on appeal consisting of:
  \_\_\_Volume(s) of Pleadings, \_\_\_ Volume(s) of Transcripts,
  \_\_SEALED ITEMS, ie. \_\_\_PSI(s)\_\_\_; OTHER\_\_\_; TAPE(s)\_\_\_\_\_
  \_\_\_Volume(s) of Exhibits:\_\_\_\_\_Envelope
  \_1\_Volume (s) of Original Papers

---

cc:                            Sincerely,

                               DEBRA P. HACKETT, CLERK

                               By: Donna M. Norfleet
                                   Deputy Clerk