IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 07-13791-J

GENE COGGINS,

          Plaintiff-Appellant,

versus

GLORIA SINCLAIR,
Probate Judge of Tallapossa County,

          Defendant-Appellee.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

ORDER:

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983).

                                              /s/ R. Lanier Anderson
                                          UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

RECEIVED
October 30, 2007
2007 OCT 31  P 12: 19

P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Gene Coggins
1436 COUNTY ROAD 299
LANETT AL 36863-5740

**Appeal Number: 07-13791-J**
Case Style: Gene Coggins v. Gloria Sinclair
District Court Number: 07-00525 CV-W-E ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless you pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189
(1 Vol. Original Papers Returned to DC)

MOT-2 (06-2007)

**RECEIVED**
**2007 OCT 31 P 12: 19**

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

October 30, 2007

**Appeal Number: 07-13791-J**
Case Style: Gene Coggins v. Gloria Sinclair
District Court Number: 07-00525 CV-W-E ()

TO:   Gene Coggins

CC:   Debra P. Hackett

CC:   Administrative File