Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

November 20, 2007

**Appeal Number: 07-13791-J**
Case Style: Gene Coggins v. Gloria Sinclair
District Court Number: 07-00525 CV-W-E

CC:   Gene Coggins

CC:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 20, 2007

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 07-13791-J**
Case Style: Gene Coggins v. Gloria Sinclair
District Court Number:  07-00525 CV-W-E

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court.  See 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189

Encl.

DIS-2 (03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-13791-J

GENE COGGINS,

          Plaintiff-Appellant

versus

GLORIA SINCLAIR,
Probate Judge of Tallapossa County,

          Defendant-Appellee.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 2 0 2007
THOMAS K. KAHN
CLERK

Appeal from the United States District Court for the

Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 20th day of November, 2007.

          THOMAS K. KAHN
          Clerk of the United States Court
          of Appeals for the Eleventh Circuit

          By: Deborah Hall
              Deputy Clerk

          FOR THE COURT - BY DIRECTION

ORD-40